**COMMONWEALTH of Kentucky, DEPART-
MENT OF HIGHWAYS, Appellant,**

v.

**Melvin CRABTREE et al., Appellees.**

Court of Appeals of Kentucky.

June 29, 1973.

■

**COMMONWEALTH of Kentucky, DEPART-
MENT OF HIGHWAYS, Appellant,**

v.

**Troy HALL et al., Appellees.**

Court of Appeals of Kentucky.

June 29, 1973.

James D. Robinson, General Counsel, Department of Highways, Frankfort, Jerry W. Nall, Nall & Stephens, Owensboro, Perry M. Lewis, Madisonville, for appellant.

Charles J. Kamuf, Beard, Rummage & Kamuf, Owensboro, for appellees.

Memorandum Opinion of the Court by Justice STEINFELD, Affirming.*

James D. Robinson, General Counsel, Department of Highways, Frankfort, Theodore H. Lavit, Lavit & Blandford, Lebanon, for appellant.

Harris S. Howard, Howard & Howard, Prestonsburg, for appellees.

Memorandum Opinion of the Court by Commissioner VANCE, Affirming.*

* Opinion ordered not to be published.